### 29767.   GRIER *et al. v.* WILLIAMS.

GARDNER, J.  This court, having reversed the judgment of the superior court, and the Supreme Court on certiorari having reversed the judgment of this court (196 *Ga.* 327, 26 S. E. 2d, 698), the judgment of reversal rendered by this court must be vacated and the judgment of the trial court affirmed.

*Judgment affirmed.    Broyles, C. J., and MacIntyre, J., concur.*

DECIDED OCTOBER 20, 1943.

*Bussey & Fulcher, Price & Spivey,* for plaintiffs in error.
*J. Palmer Williams, Williams & Smith,* contra.